Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

FILED'05 SEP 22 16:35USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

NICK LAURANCE o/b/o
ANDREW LAURANCE, *deceased*,

      Plaintiff,

      v.

JO ANNE B. BARNHART
Commissioner of Social Security,

      Defendant.

CV 04-6298-JE

ORDER GRANTING
STIPULATED EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4078.68 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, as well as costs of $150.00 under 28 U.S.C. § 1920 and expenses of $25.00 pursuant to 28 U.S.C. § 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amounts.

DATED this 20th day of September, 2005.

John Jelderk
United States ~~District~~ Judge
Magistrate

Presented by:

/s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff